MICHAEL B. COOPER (Bar No. 267457)
E-Mail: mcooper@mbeachlaw.com
DANIEL J. QUISENBERRY (Bar No. 175059)
E-Mail: quiz@mbeachlaw.com
YOFFE & COOPER, LLP
3713 Highland Ave., Suite 2
Manhattan Beach, California 90266
Telephone:  (310) 982-2699
Facsimile:   (877) 571-9810

Attorneys for Plaintiffs
SETH BENJAMIN REMENTER;
JENNIFER BRETON REMENTER

ERIC P. EARLY (Bar No. 166275)
E-Mail: eearly@earlysullivan.com
SCOTT E. GIZER (Bar No. 221962)
E-Mail: sgizer@earlysullivan.com
CHRISTOPHER I. RITTER (Bar No. 143473)
E-Mail: critter@earlysullivan.com
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:   (323) 301-4676

Attorneys for Defendant
STEWART TITLE GUARANTY COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH BENJAMIN REMENTER, an individual; and JENNIFER BRETON REMENTER, an individual,<br><br>Plaintiffs,<br>vs.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas Corporation, qualified in California; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-08253-FMO-GJS<br><br>**ORDER ON JOINT STIPULATION [29] REGARDING DISMISSAL WITH PREJUDICE**<br><br>Action Initiated: Nov. 13, 2017<br>Judge: Hon. Fernando M. Olguin<br>Trial Date: 02/19/19 |

///

1
ORDER ON JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE

1 | The Court, having considered the parties' "Joint Stipulation For Dismissal With
2 | Prejudice", hereby orders:
3 | WHEREAS, on August 22, 2018, a Stipulation was filed regarding Plaintiff's
4 | dismissal of the entire action, including all claims and counterclaims stated herein against all
5 | parties. The entire action, including all claims and counterclaims is dismissed with prejudice.
6 | Each party shall bear his or its own costs and attorneys' fees.
7 | IT IS SO ORDERED.

Dated: August 23, 2018

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT COURT

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Stephanie Fischer